# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:** 07-cv-01994-REB-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** December 19, 2007 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation, | Ann H. Cisneros |
| **Plaintiff,** | |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation, | Joel A. Palmer<br>Arthur J. Kutzer |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** RULE 16(b) SCHEDULING CONFERENCE
**Court in session:** 8:07 a.m.
Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **February 1, 2008.**

Discovery Cut-off: **June 1, 2008.**

Dispositive Motions deadline: **July 1, 2008.**

Parties shall designate affirmative experts **on or before April 1, 2008.**

Parties shall designate rebuttal experts **on or before May 1, 2008.**

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**ORDERED:** Telephonic Status Conference set for February 11, 2008 at 10:00 a.m. Counsel shall create a conference call and then contact the court at (303) 844-2117 to participate in the conference.

**ORDERED:** Plaintiff's Motion for Entry of Protective Order [filed December 11, 2007; doc. 17] is denied without prejudice for the reasons stated on the record.

**FINAL  PRETRIAL CONFERENCE**  is set for **September 29, 2008 at 10:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

!	Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:**	**8:58 a.m.**
Total time in court:	00:51