IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01994-REB-KMT


EMPLOYERS MUTUAL CASUALTY COMPANY,
an Iowa corporation,

      Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,
an Ohio corporation,

      Defendant.

---

# MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


"Defendant's Unopposed Motion for Modification of Scheduling Order With Respect to Expert Disclosures" (#31, filed March 28, 2008) is GRANTED. The parties shall designate affirmative experts on or before April 22, 2008 and rebuttal experts on or before May 22, 2008. The parties have up to and including June 22, 2008 for filing Rule 702 motions.

Dated: April 1, 2008