IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01994-REB-CBS

EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,

    Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation of Dismissal** [#38] filed May 23, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#38] filed May 23, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for November 25, 2008, is **VACATED**;

3. That the trial to the court set to commence December 1, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated May 23, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**